UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| HAROLD HUNT,<br><br>            Plaintiff,<br><br>  vs.<br><br>CPT. ROB YANTIS, individually and as an officer of the Pennington County Jail Administration; RN LAURIE GOOD, individually and as a registered nurse for the Pennington County Sheriff's Department; RN TIFFANY ALEXANDER, individually and as a registered nurse for the Pennington County Sheriff's Department; and DR. ALVIN WESSEL,<br><br>            Defendants. | CIV. 13-5041-JLV<br><br><br>JUDGMENT OF DISMISSAL |

Pursuant to the court's order (Docket 78) of September 26, 2015, it is

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of defendants Cpt. Rob Yantis, RN Laurie Good, RN Tiffany Alexander and Dr. Alvin Wessel and against plaintiff Harold Hunt with prejudice.

Dated September 26, 2015.

                      BY THE COURT:

                      /s/ *Jeffrey L. Viken*
                      JEFFREY L. VIKEN
                      CHIEF JUDGE